**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JALIL SHAKUR REED,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-0425** |
| | : | |
| **KEVIN BONE, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 11th day of September, 2026, upon consideration of the Motion to Dismiss filed by Defendants Kevin Bone, Carl Clevenstine, and Montgomery County (ECF No. 26), Plaintiff Jalil Shakur Reed's Response thereto (ECF No. 29), Reed's Motion for Sanctions (ECF No. 31), and the Defendants' Response thereto (ECF No. 32), it is **ORDERED** that:

1. The Motions are **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2. Defendants Kevin Bone, Carl Clevenstine, and Montgomery County shall file a responsive pleading within fourteen (14) days of the date of this Order.

**BY THE COURT:**

***/s/ John M. Gallagher***

**JOHN M. GALLAGHER, J.**